UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DOUGLASS WATSON, and SUSAN WATSON, ) ) ) | |
| Plaintiffs, ) ) | |
| v.                                         ) ) | CV421-282 |
| JO HOLDER, and GREGORY BLAKE, ) ) ) | |
| Defendants.              ) | |

# ORDER

Before the Court is the parties' Joint Motion to Request a Court-Directed Settlement Conference and Extension of Time to File Responses to Motions. Doc. 30. The parties request a court-directed settlement conference with the undersigned. *Id.* at 1. That request is **GRANTED**, doc. 30; however, the undersigned is unavailable to conduct a settlement conference on the parties' proposed dates. *See id.* at 2. The parties are **DIRECTED** to submit a joint notice within 7 days from the date of entry of this Order indicating which of the following dates they are available to

attend an in-person[1] settlement conference in Savannah, GA beginning at 9:00 A.M.:

- Monday, July 11, 2022
- Wednesday, July 20, 2022
- Friday, July 29, 2022
- Monday, August 8, 2022
- Tuesday, August 9, 2022

If the parties are available to attend on more than one of those dates, the joint notice must indicate each date they are available.

Finally, the parties request that the Court extend their deadlines to respond to "all motion[s]", docs. 28 & 29, to 10 days after the settlement conference. Doc. 30 at 2. The Court **STAYS** the parties' response deadlines pending the scheduling of a settlement conference.

**SO ORDERED**, this 3rd day of June, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The joint motion states that "Plaintiff's counsel has agreed that the insurer for the Defendant can appear via Zoom or other video conferencing means." Doc. 30 at 2. All participants, however, must attend in-person.