UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DOUGLASS WATSON, and SUSAN WATSON, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| JO HOLDER, and GREGORY BLAKE, | ) ) ) ) |
| Defendants. | ) |

CV421-282

# ORDER

Before the Court is the parties' Joint Motion to Stay all Deadlines and Rulings due to Pending Settlement. Doc. 45. The parties explain that they have reached a settlement in this case, and that they "expect that the settlement can be finalized and a dismissal with prejudice filed within the next two weeks." *Id*. at 1. They request a stay of all deadlines pending finalization of the agreement. *Id*. For good cause shown, the parties' joint motion is **GRANTED**. Doc. 45. All deadlines in this case are **STAYED**. The parties are **DIRECTED** to file a joint stipulation of dismissal no later than October 18, 2022. In the event the parties are unable to file the required stipulation of dismissal by that deadline, they

shall instead file a joint status report updating the Court as to when the stipulation will be filed.  The Clerk is **DIRECTED** to lift the stay when the parties file their joint motion or status report, or on October 18, 2022, whichever is earlier.

    **SO ORDERED**, this 29th day of September, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA